```
Walter R. Slone Sr.
Post Office Box 1217
Jackson, Mississippi 39215-1217

Pro per

601-987-0511
```

FILED
2008 APR -7 PM 3:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case No. C08-01855 JCS

Walter R. Slone Sr.

    Plaintiff,

vs.

Karen L. Fortson, Gene Mabrery,
The People Of The State Of California,
David Lannak,
Oakland Police Department,
San Pablo Police Department,
Debra Aigbuza, Michael B. Fruend,
    Seymore M. Rose,
DOES 1-10.

    Defendants,

Professional Negligence,
Recklessness, Fraud,
Disregard For The Truth,
Improper Business
Practices

  COMES NOW the Plaintiff, Walter R. Slone Sr., and submit this Complaint and would show unto this Court the folling, to wit: Professional Negligency, Child Abuse is a Crime, Fraud, Kidnapping, Court Order Violations, Unjustifiable Punisnment and Forgery. A right to face Defendants and others that have made allegations that were false, request for Jury Trial and amount in controversy $40,000,000.oo per Defendant, request for Permission to File Complaint without the fee due to a income of $726.oo per month disability. See Attached documents (1).

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Complaint be consider.

                          Respectfully submitted,

Dated: 04-02-08         1.         Walter R. Slone Sr.



Alameda County
**District Attorney's Office**
Thomas J. Orloff, District Attorney

Welfare Fraud Division
Special Investigations Unit

March 26, 2001

Mr. Slone

Re: Case number 98W3682

Dear Mr. Slone:

Answers to your questions:

1) No case law requires us to inform you of the results.
2) Four year statute
3) Yes. The court decides on the punishment.
4) If the crime is a secret, then no one knows, except for the person committing the crime.
5) Questions have been answered.


Thank you for your cooperation regarding this matter.

Very truly yours,

THOMAS J. ORLOFF
District Attorney

By: *[signature]*
Larry Bellusa
Inspector II