```
1  Walter R. Slone Sr.                          FILED
2  Post Office Box 1217                         2008 APR -7 PM 3: 10
   Jackson, MS 39215-1217
3  601-987-0511                                 RICHARD W. WIEKING
                                                CLERK, U.S. DISTRICT COURT
4  Pro per                                      NORTHERN DISTRICT OF CALIFORNIA

5
6                                    E-filing
7
8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9
10  Walter R. Slone Sr.             )     C08-01855 JCS
                                    )
11                 Plaintiff,       )     CASE NO. _____
                                    )
12       vs.                        )     APPLICATION TO PROCEED
                                    )     IN FORMA PAUPERIS
13  Karen L. Fortson, et. al.       )     (Non-prisoner cases only)
                                    )
14                 Defendant.       )
                                    )
15
```

16    I, <u>Walter R. Slone Sr.</u>, declare, under penalty of perjury that I am the plaintiff in

17  the above entitled case and that the information I offer throughout this application is true and correct. I

18  offer this application in support of my request to proceed without being required to prepay the full

19  amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs

20  of this action or give security, and that I believe that I am entitled to relief.

21    In support of this application, I provide the following information:

22  1.   Are you presently employed?   Yes ___  No _x_

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the name and

24  address of your employer:

25  Gross: _____ Ø _____    Net: _____ Ø _____

26  Employer: _____ Ø _____ Ø _____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA                2000 of May Moler Barber College
PAUPERIS, Case No._____                         - 1 -

1  wages per month which you received.
2  $500.00 per week Moler Barber College approx.
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the following
6  sources:

7      a.   Business, Profession or          Yes ___ No ___
8          self employment

9      b.   Income from stocks, bonds,        Yes ___ No ___
10         or royalties?

11     c.   Rent payments?                Yes ___ No ___

12     d.   Pensions, annuities, or           Yes ___ No ___
13         life insurance payments?

14     e.   Federal or State welfare payments,    Yes _X_ No ___
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.  $726.00 per month(see attached documents)
19 _____
20 _____

21 3.   Are you married?                               Yes ___ No _X_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ 400.00 State
27     b.   List the persons other than your spouse who are dependent upon you for support and
28         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1   list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
2   KCS, KMS and KRS, 15, 16, 17

3   _____

4   5.   Do you own or are you buying a home?   Yes ___ No _X_
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.   Do you own an automobile?   Yes _x_ No ___
7   Make _Ford_____ Year _83_____ Model _Lincoln Mk4_____
8   Is it financed? Yes ____ No _X____ If so, Total due: $ __Ø_____
9   Monthly Payment: $ _Ø_____
10  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _____
12  _____
13  Present balance(s): $ _____Ø_____
14  Do you own any cash? Yes _x_ No ___ Amount: $ ____Ø_____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market
16  value.) Yes ___ No _Ø_
17  _____
18  8.   What are your monthly expenses?
19  Rent: $ __HOMELESS_____ Utilities: ____n/a_____
20  Food: $ ____n/a_____ Clothing: ___n/a_____
21  Charge Accounts:
22  Name of Account          Monthly Payment          Total Owed on This Account
23  _____   $ _____   $ _____
24  _____   $ _____   $ _____
25  _____   $ _____   $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they
27  are payable. Do not include account numbers.)
28  _____

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___  No  X
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
   Plaintiff tried to file in the Southern District
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  03/27/2008                           *Walter R. Swan SR.*
12      DATE                             SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 4 -

## INCOME QUESTIONNAIRE

**Name of Petitioner:** Walter R. Slone Sr.

**Name of Party Filing Document:** Walter R. Slone Sr.

**Relationship:** PETITIONER   Walter R. Slone Sr.

How many persons live in the household (including Petitioner)? __1__ What is their relationship to the Petitioner? ___ PETITIONER/PLAINTIFF ___

Please fill in the amount received each <u>month</u> by each person in the household for each category:

|  | Petitioner | Mother | Father | Other |
|---|---|---|---|---|
| Salary |  | N/A | 0 | 0 |
| Food Stamps | none |  |  |  |
| Welfare | none |  |  |  |
| A.D.C. | none |  |  |  |
| Social Security | none |  |  |  |
| S.S.I. | $726.00 |  |  |  |
| Unemployment | none |  |  |  |
| V.A. Benefits | none |  |  |  |
| Retirement | none |  |  |  |
| Child Support | none |  |  |  |
| Other | none |  |  |  |
| Totals: | $726.00 | N/A | 0 | 0 |

**Total Monthly Household Income:** $726.00

This is a true and accurate statement of the household monthly income, in order to file a pauper's oath.

Dated: 03-14-2008
       02-19-2008        Signed: *Walter R. Slone Sr.*
                                 Walter R. Slone Sr.

Sworn to and subscribed before me this the _____ day of _____,

_____
Notary Public

My Commission Expires: _____