United States District Court

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8    WALTER R. SLONE SR.,                    No. C-08-01855 JCS
9            Plaintiff,                      **ORDER GRANTING REQUEST TO**
                                             **PROCEED IN FORMA PAUPERIS AND**
10       v.                                  **DISMISSING COMPLAINT WITH**
                                             **LEAVE TO AMEND [Docket No. 2]**
11   KAREN L. FORTSON, ET AL.,
12           Defendants.
                                    /
13

14          The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the

15   Application").  Plaintiff has consented to the jurisdiction of a United States magistrate judge,

16   pursuant to 28 U.S.C. § 636(c).  Based on its review of  Plaintiff's Application, the Court GRANTS

17   Plaintiff's Application to proceed in forma pauperis.  However, the Court can discern no cognizable

18   claim in Plaintiff's complaint.  Accordingly, the Court dismisses the complaint with leave to amend,

19   pursuant to 28 U.S.C. § 1915(e)(2).  Plaintiff shall be given thirty (30) days from the date of this

20   order in which to amend his complaint.  In his amended complaint, Plaintiff shall identify each claim

21   clearly and legibly and state the specific facts supporting each claim.  The Clerk is directed to close

22   the file in this case if an amended complaint is not filed within thirty days of the date of this order.

23          IT IS SO ORDERED.

24

25   DATED:  May 8, 2008

26                                           _____
                                             JOSEPH C. SPERO
27                                           United States Magistrate Judge

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


WALTER R. SLONE SR.,

              Plaintiff,

   v.

KAREN L. FORTSON et al,

              Defendant.

_____/

Case Number: CV08-01855 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Walter R. Slone
P.O. Box 1217
Jackson, MS 39215-1217

Dated: May 8, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk